**Opinion issued September 12, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00645-CV

_____

### IN RE HOLLIE SPYKER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Hollie Spyker, filed a petition for a writ of mandamus asserting that the trial court abused its discretion by (1) "failing to follow the . . . [m]andate" of this Court "to only consider conservatorship of [A.B.S., a minor child] after the Texas Department of Family and Protective Services . . . dropped [its cause of action for] the termination of parental rights" and (2) "by erroneously denying [r]elator's Motion to Strike Pleadings after the Attorney Ad Litem and Kinship Relatives filed

late pleadings."[1]  Relator's mandamus petition requests that this Court issue a writ of mandamus directing the trial court to "follow the mandate" of this Court and to "vacate its order denying [r]elator's Motion to Strike Pleadings."[2]

We deny relator's petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Goodman and Guerra.

---

[1]    The underlying case is *In the Interest of A.B.A. a/k/a A.B.S., a Child*, Cause No. 2022-00726J, in the 319th District Court of Harris County, Texas, the Honorable Natalia Cokinos Oakes presiding.

[2]    After relator's parental rights were terminated by the trial court, she appealed, and this Court reversed the trial court's Decree for Termination and remanded the case to the trial court for further proceedings.  *See In the Interest of A.B.A. a/k/a A.B.S., a Child*, No. 01-23-00548-CV, 2023 WL 8814210, at *1 (Tex. App.—Houston [1st Dist.] Dec. 21, 2023, no pet.) (mem. op.).